In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-394 CR


 ______________________


 

RAYMOND LEE ALLEN A/K/A RODNEY RAYMOND ALLEN, Appellants



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 07-00395






MEMORANDUM OPINION


 On July 19, 2007, Raymond Lee Allen a/k/a Rodney Raymond Allen was sentenced
on a conviction for possession of a controlled substance. Allen filed a notice of appeal on
July 26, 2007. The trial court entered a certification of the defendant's right to appeal in
which the court certified that this is a plea-bargain case and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certification has been provided to
the Court of Appeals by the district clerk.

 On August 3, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 DAVID GAULTNEY

 Justice

 

Opinion Delivered September 19, 2007

Do Not Publish


Before McKeithen, Gaultney and Kreger, J.J.